# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-CR-361(1) (JMB/DTS) |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| Gerald Darius Smith, | |
| Defendant. | |

WHEREAS, on May 22, 2023, this Court entered a Preliminary Order of Forfeiture forfeiting a Glock model 23, .40 caliber handgun, bearing the serial number BBTK290, equipped with an attached conversion device, commonly known as a "switch" or "auto sear" and all ammunition seized therewith ("the Property") to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

WHEREAS, the publication requirement contained in Supp. R. Civ. P. G(4)(a)(i)(A), which is incorporated by Fed. R. Crim. P. 32.2(b)(6)(C), does not require the United States to publish the Property because the Property is worth less than $1,000; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

Therefore, IT IS HEREBY ORDERED that:

1. The United States' Motion for Final Order of Forfeiture (Doc. No. 60) is GRANTED;

1

2. All right, title and interest the Property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

3. The United States shall dispose of the property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 21, 2024                                    /s/ *Jeffrey M. Bryan*
                                                        Judge Jeffrey M. Bryan
                                                        United States District Court